# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 13-328 |
| --- | --- | --- |
| v. | : | DATE FILED: |
| LOUAY SHAMAN | : | VIOLATION:<br>18 U.S.C. § 2423(b)<br>(interstate travel with the purpose of engaging in illicit sexual conduct – 1 count)<br>Notice of Forfeiture |
| | : | |

## SUPERSEDING INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about March 4, 2012, in the Eastern District of Pennsylvania and elsewhere, defendant

**LOUAY SHAMAN**

traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, that is, traveled from New Jersey to Pennsylvania for the purpose of engaging in illicit sexual conduct with a 14-year old minor who then lived in Pennsylvania within the Eastern District of Pennsylvania.

In violation of Title 18, United States Code, Section 2423(b).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

1. As a result of the violations of Title 18, United States Code, Section 2423, set forth in this superseding information, defendant

## LOUAY SHAMAN

shall forfeit to the United States of America any property used or intended to be used to commit or to facilitate the commission of the offenses, including, but not limited to:

One automobile, 1999 BMW, New Jersey VIN 2WBADM5330XBY15013

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 2428, and Title 28, United States Code, Section 2461(c).

ZANE DAVID MEMEGER
United States Attorney